IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated, <br><br> Plaintiff-Appellant <br><br> v. <br><br> THE NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant-Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 25-7021 |

**CERTIFICATE AS TO PARTIES**

The following people or entities were parties in the district court:

DR. LATIKA GIRI, plaintiff

DR. SWECHHA SHRESTHA, co-plaintiff

THE NATIONAL BOARD OF MEDICAL EXAMINERS, defendant

    Respectfully submitted,

    */s/ Charles Gerstein*
    Charles Gerstein
    Emily Gerrick
    GERSTEIN HARROW LLP
    1001 G Street NW, Suite 400E
    Washington, DC 20001
    charlie@gerstein-harrow.com
    (202) 670-4809

    */s/ Jason Harrow*
    Jason Harrow
    GERSTEIN HARROW LLP
    12100 Wilshire Blvd Ste. 800
    Los Angeles, CA 90025
    jason@gerstein-harrow.com
    (323) 744-5293