IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated, </br></br> Plaintiff-Appellant </br></br> v. </br></br> THE NATIONAL BOARD OF MEDICAL EXAMINERS, </br></br> Defendant-Appellee. | Case No. 25-7021 |

**PRELIMINARY STATEMENT OF THE ISSUES**

The sole issue in this appeal is whether the district court erred in granting defendant's motion to dismiss all claims in this case.

    Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293