IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated,<br><br>       Plaintiff-Appellant<br><br>   v.<br><br>THE NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>       Defendant-Appellee. | Case No. 25-7021 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

**Parties and Amici**

The following people or entities were parties in the district court: DR. LATIKA GIRI, plaintiff; DR. SWECHHA SHRESTHA, co-plaintiff; THE NATIONAL BOARD OF MEDICAL EXAMINERS, defendant.

**Rulings Under Review**

The ruling under review is the district court's opinion of January 27, 2025, granting Defendant's motion to dismiss (D. Ct. Dkt. No. 28). It has been separately filed and will be included in the appendix.

**Related Cases**

The case on review was not previously before this court or any other court. Appellant knows of no other related cases.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293