# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Latika Giri

v.

National Board of Medical Examiners

**Case No:** 25-7021

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Board of Medical Examiners -- Appellee

### Counsel Information

**Lead Counsel:** Robert A. Burgoyne

**Direct Phone:** (202) 654-1744  **Fax:** (202) 624-9578  **Email:** rburgoyne@perkinscoie.com

**2nd Counsel:** Caroline M. Mew

**Direct Phone:** (202) 654-1767  **Fax:** (202) 624-9578  **Email:** cmew@perkinscoie.com

**3rd Counsel:**

**Direct Phone:** (   )             **Fax:** (   )              **Email:**

**Firm Name:** Perkins Coie LLP

**Firm Address:** 700 13th St., NW, Suite 800, Washington, D.C.  20005

**Firm Phone:** (202) 654-6200  **Fax:** (202) 624-9578  **Email:** rburgoyne@perkinscoie.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)