IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DR. LATIKA GIRI, | ) <br> ) <br> ) |
| Plaintiff-Appellant | ) |
| v. | ) Case No. 25-7021 |
| | ) |
| THE NATIONAL BOARD OF <br> MEDICAL EXAMINERS, | ) <br> ) <br> ) |
| | ) |
| Defendant-Appellee. | ) <br> ) |

**APPELLEE NATIONAL BOARD OF MEDICAL EXAMINERS'
CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

## I. Parties and Amici

The following people or entities were parties in the district court:

Dr. Latika Giri, plaintiff
Dr. Swechha Shrestha, co-plaintiff
National Board Of Medical Examiners, defendant

The parties on appeal are Dr. Giri and the National Board of Medical Examiners.

Dr. Shrestha is not a party on appeal.

## II. Rulings Under Review

The ruling under review is the district court's opinion of January 27, 2025, granting Defendant's motion to dismiss (D. Ct. Dkt. No. 28).

## III. Related Cases

The case on review was not previously before this Court or any other court. Appellee National Board of Medical Examiners knows of no related cases.

Respectfully submitted,

 */s/ Robert A. Burgoyne*
Robert A. Burgoyne
Caroline M. Mew
PERKINS COIE LLP
700 13th Street, N.W.
Suite 800
Washington, D.C.  20005
rburgoyne@perkinscoie.com
(202) 654-1744
cmew@perkinscoie.com
(202) 654-1767

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certificate as to Parties, Rulings, and Related Cases was filed on this 20th day of March, 2025, with the Clerk of the Court using the Court's CM/ECF system. The CM/ECF system will send a notice of this electronic filing (NEF) to the following counsel for Appellee Latika Giri:

Charles Gerstein
Gerstein Harrow LLP
1001 G Street, NW, Suite 400E
Washington, D.C. 20001

Jason Harrow
Gerstein Harrow LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, CA  90025

/s/  Robert A. Burgoyne