# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Dr Latika Giri, on behalf of herself and all c

**v.**

The National Board of Medical Examiners

**Case No:** 25-7021

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Dr. Latika Giri

Dr. Swechha Shrestha

National Board of Medical Examiners

### Counsel Information

**Lead Counsel:** Charles Gerstein

**Direct Phone:** (____) 670-4809    Fax: (____) _____    **Email:** charlie@gerstein-harrow.com

**2nd Counsel:** Jason Harrow

**Direct Phone:** (202) 670-4809    Fax: (____) _____    **Email:** jason@gerstein-harrow.com

**3rd Counsel:** Jeremy Shur

**Direct Phone:** (202) 670-4809    Fax: (____) _____    **Email:** jeremy@gerstein-harrow.com

**Firm Name:** Gerstein Harrow LLP

**Firm Address:** 400 7th St NW, Suite 304

**Firm Phone:** (202) 670-4809    Fax: (____) _____    **Email:** hi@gerstein-harrow.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)