# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| DR. LATIKA GIRI, on behalf of herself and all others similarly situated, <br><br> Plaintiff-Appellant <br><br> v. <br><br> THE NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant-Appellee. | Case No. 25-7021 |

## MOTION TO VOLUNTARILY DISMISS APPEAL

Under Federal Rule of Appellate Procedure 42(b), Plaintiff-Appellant hereby moves to voluntarily dismiss her appeal, docketed at D.C. Circuit No. 25-7021, with prejudice. Counsel for Defendant-Appellee has stated that their client does not oppose this motion. Each side shall bear its own costs and fees on appeal.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com

1

2

(202) 670-4809

## CERTIFICATES

I certify that on June 2, 2025, a copy of the foregoing was served on all counsel of record in the above-captioned case by electronic service under the Court's CM/ECF system.

I certify that the foregoing complies with the type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f), it contains 47 words, which is within the Court's limit of 5,200 words for a motion or response thereto. I certify that the foregoing complies with the typeface and type style requirements because it has been prepared in a proportionally spaced typeface, Century Schoolbook 14 point, using Microsoft Word.

                                      /s/ Charles Gerstein
                                      Charles Gerstein