# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-7021**                      **September Term, 2024**

1:24-cv-00410-CRC

**Filed On: June 5, 2025**

Latika Giri, Dr.; on behalf of herself and all others similarly situated,

       Appellant

Swechha Shrestha, Dr.; on behalf of herself and all others similarly situated,

       Appellee

    v.

National Board of Medical Examiners,

       Appellee

## **O R D E R**

Upon consideration of appellant's unopposed motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                           BY:     /s/
                                     Laura M. Morgan
                                     Deputy Clerk