# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-7021**  September Term, 2024

1:24-cv-00410-CRC

Filed On: June 5, 2025 [2119280]

Latika Giri, Dr.; on behalf of herself and all others similarly situated,

    Appellant

Swechha Shrestha, Dr.; on behalf of herself and all others similarly situated,

    Appellee

  v.

National Board of Medical Examiners,

    Appellee

## M A N D A T E

In accordance with the order of June 5, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

Link to the order filed June 5, 2025